FILED
November 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003898594

SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 435-2100
FAX:    (559) 435-5656

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No.: 11-13733-A-7 |
| | DC No.: SAS-3 |
| MICHAEL FERNANDEZ and | **MOTION FOR AUTHORIZATION TO** |
| NORMA FERNANDEZ | **SELL PERSONAL PROPERTY** |
| Debtors. | Date: December 12, 2011 |
| | Time: 9:00 a.m. |
| | Dept: A |
| | Judge: Honorable Whitney Rimel |

**TO THE HONORABLE WHITNEY RIMEL UNITED STATES BANKRUPTCY JUDGE:**

    1.    Sheryl A. Strain duly appointed qualified, and acting Trustee of the above-entitled estate.

    2.    The above-captioned case was filed under Chapter 7 on March 31, 2011 and Sheryl A. Strain was appointed Chapter 7 Trustee.

    3.    This Court has jurisdiction over this proceeding by virtue of U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of the estate is non exempt equity in a 1999 Chevrolet Suburban ("Suburban") Vehicle Identification Number 3GNFK16R1XG178688 and a Utility Trailer (Trailer) Vehicle Identification Number 1T9SB122191042864.

| Description | Est. Fair Mkt Value | Exemption | Lien | Costs of Sale & Repairs | Estate |
|---|---|---|---|---|---|
| Suburban | $1,500.00 | $ 0.00 | $ 0.00 | $250.00 | $1,250.00 |
| Trailer | $2,000.00 | $ 0.00 | $ 0.00 | $300.00 | $1,700.00 |
| TOTAL | $3,500.00 | $ 0.00 | $ 0.00 | $ 550.00 | $2,950.00 |

5. The Trustee has negotiated a sale to the debtors, Michael & Norma Fernandez, of the non exempt equity in the Suburban and the Trailer for the total sum of Two Thousand Nine Hundred Fifty and 00/100 Dollars ($2,950.00) cash. The total sum of $2,950.00 has been received by the estate.

6. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the Suburban and the Trailer and the costs associated with taking possession of, storing, and selling those two items at auction. The Trustee does not believe that the estate would net a higher amount by selling those two items at auction.

7. The Trustee believes that sales of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described assets to the debtors, Michael & Norma Fernandez, for the total sum of $2,950.00.

Dated: ___11/14/11___            ___/s/ Sheryl A. Strain___
Sheryl A. Strain
Chapter 7 Trustee